UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI ANN CABLE,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>               Defendant. | NO. 2:06-CV-515 DAD<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of fifty-seven hundred dollars and zero cents ($5700.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of fifty-seven hundred dollars and zero

1  cents ($5700.00) in EAJA attorney fees, shall constitute a
2  complete release from and bar to any and all claims Plaintiff may
3  have relating to EAJA fees in connection with this action.  Any
4  payment shall be made payable to Plaintiff's counsel as
5  Plaintiff's assignee and delivered to Plaintiff's counsel.
6         This award is without prejudice to the rights of Plaintiff's
7  counsel to seek Social Security Act attorney fees under 42 U.S.C.
8  § 406, subject to the provisions of the EAJA.
9                                    Respectfully submitted,
10 Dated: November 30, 2007      /s/Andrew T. Koenig
                                 ANDREW T. KOENIG
11                               Attorney for Plaintiff
                                 *as authorized via fax
12
13
   Dated: November 30, 2007      McGregor W. Scott
14                               United States Attorney
15
16                               /s/ Jaime L. Preciado
                                 JAIME L. PRECIADO
17                               Special Assistant U.S. Attorney
18                               Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI ANN CABLE, ) | |
| ) | |
| Plaintiff, ) | NO. 2:06-CV-515 DAD |
| ) | |
| ) | ORDER AWARDING EQUAL |
| v. ) | ACCESS TO JUSTICE ACT ATTORNEY |
| ) | FEES PURSUANT TO |
| MICHAEL J. ASTRUE, ) | 28 U.S.C. § 2412(d) |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees,

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of fifty-seven hundred dollars and zero cents ($5700.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: December 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/cable0515.attyfees

3